| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
November 07, 2017
David J. Bradley, Clerk

| Rose Franklin, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-17-2915 |
| | § | |
| Receivables Performance Management, LLC, | § | |
| | § | |
| Defendant. | § | |

# Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2. By January 5, 2018, the parties may move for reinstatement.

3. This court retains jurisdiction to enforce the settlement.

Signed on November 6, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge